UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| KENNETH MULLER and MARTHA TEICH, | Case No. 11-CV-1815 (PJS/JJG) |
| Plaintiffs, | |
| v. | ORDER OF PARTIAL DISMISSAL |
| DARWIN G. BOUTIETTE, IQUBAL SAJADY, TEON J. SUMMERS, BLACK BULL, INC., JAMES W. DAVIS, BARRY WILLIAMS, COLLEEN WILLIAMS, PIETER J. GROBBELAAR, BLUELEAF ATLANTIC ENTERPRISES, LLC, CHRIS RUSCH, ESQ., JDS GROUP HOLDINGS, LLC, VENTURE BUSINESS GROUP, INC., TWILLA TRENT, JOHN DOE, MARY ROWE AND XYZ CORP., | |
| Defendants. | |

---

Based upon the Joint Stipulation for Dismissal filed by the parties on November 14, 2011 [Civil Docket No. 9],

IT IS ORDERED that the plaintiffs' claims against defendants Darwin G. Boutiette and Iqubal Sajady are dismissed without prejudice and without costs or disbursements to any party.

IT IS FURTHER ORDERED that the hearing scheduled for December 9, 2011 at 9:00 a.m. is CANCELED.

Dated: November 15, 2011                    s/Patrick J. Schiltz
                                            Patrick J. Schiltz
                                            United States District Judge