UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kenneth Muller and Martha Teich,

          Plaintiffs,

v.

Darwin G. Boutiette, Iqubal Sajady,
Teon J. Summers, Black Bull, Inc.,
James W. Davis, Barry Williams,
Colleen Williams, Pieter J. Grobbelaar,
Blueleaf Atlantic Enterprises, LLC,
Chris Rusch, JDS Group Holdings, LLC,
Venture Business Group, Inc., Twila Trent,
John Doe, Mary Rowe, and XYZ Corp.,

          Defendants.

Case No. 11-CV-1815 (PJS/JJG)

**ORDER ON REPORT
AND RECOMMENDATION**

      The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to that Report and Recommendation in the time period permitted.

      Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

      **IT IS HEREBY ORDERED** that this action is summarily **DISMISSED** without prejudice.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 10, 2012           s/Patrick J. Schiltz
                                          Patrick J. Schiltz
                                          United States District Judge