✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Kenneth Muller and Martha Teich | **JUDGMENT IN A CIVIL CASE** |
| V. | |
| Darwin G. Boutiette, Iqubal Sajady, Teon J. Summers, Black Bull, Inc., James W. Davis, Barry Williams, Colleen Williams, Pieter J. Grobbelaar, Blueleaf Atlantic Enterprises, LLC, Chris Rusch, JDS Group Holdings, LLC, Venture Business Group, Inc., Twila Trent, John Doe, Mary Rowe, and XYZ Corp. | Case Number:  11-1815 PJS/JJG |

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
this action is summarily **DISMISSED** without prejudice.

| January 11, 2012 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/A. Linner |
| | (By)        A. Linner    Deputy Clerk |